IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-REB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants and Third-Party Plaintiffs Vincent Hamm, Karen Ham, Aim High!, Inc., Kaim Chigh, LLC and 1 Domain Source, Ltd.'s Unopposed Motion to Amend and File Their Second Amended Answer, Counterclaims and Third-Party Claims (Docket No. 27) is granted, and the tendered Second Amended Answer, Counterclaims and Third-Party Claims (Docket No. 27-2) is accepted for filing as of the date of this Minute Order.

Date: September 2, 2008