IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

    Plaintiff,

v.

VINCENT HAMM,
KAREN HAMM,
KIM KEELING,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

    Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY, LTD., A/K/A PACNAMES, LTD.,

    Third Party Defendants.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on third party defendant Capital Networks, PTY, Ltd.'s Motion to Strike Clerk's Entry of Default [Docket No. 59]. It is

    **ORDERED** that the motion to strike [Docket No. 59] is DENIED without prejudice for failure to comply with the provisions of D.C.COLO.LCivR 7.1A (Duty to Confer) and my Practice Standards (Civil Cases), § III.B.1 ("Motions that are untimely, noncomplying, or filed without a certification pursuant to D.C.COLO.LCivR 7.1A may be denied without prejudice or stricken *sua sponte*.")

    Dated December 4, 2008.