IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Kim Keeling-Hamm's Unopposed Motion for Leave to Appear at Hearing by Telephone [Docket No. 67, Filed December 19, 2008] is GRANTED. Defendant Keeling-Hamm shall contact the Court by calling (303) 844-2403 at the scheduled time December 22, 2008 at 8:30 a.m.

Date: December 19, 2008