IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Modification of Scheduling Order (Docket No. 71) is granted. Therefore, the deadline for completion of fact discovery is extended up to and including March 2, 2009. All discovery requests must be served sufficiently in advance of March 2, 2009, for responses to be due by the close of fact discovery.

Date: January 5, 2009