IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,
        Plaintiff,

v.

KIM KEELING
        Defendant,

and

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,
        Defendants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and
CAPITAL NETWORKS, PTY, LTD., A/K/A PACNAMES, LTD.
        Third Party Defendants.

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER
( Docket No. 18 )

This matter having come before the Court on Plaintiff Registry Systems International, Ltd.'s Motion to Modify Scheduling Order ("Motion") in this case for an extension of the deadline for the completion of fact discovery for the sole purpose of completing the deposition of Defendant Kim Keeling-Hamm. Upon consideration of the submission of the Motion and the relevant rules and law, it is hereby ORDERED that the deadline for the completion of fact discovery for the sole purpose of completing the deposition of Defendant Kim Keeling-Hamm shall be extended to March 9, 2009.

DATED: March 2, 2005

_____
Michael J. Watanabe
United States Magistrate Judge

BUS_RE\234130\3.1

08-CV-00495-PAB-MJW