IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that Plaintiff's Motion for Protective Order (docket no. 83) is **DENIED**. Plaintiff RSI chose to initiate this litigation in Colorado. Further, the deposition of the Plaintiff or its agent is generally appropriate at the litigation forum. *See* Clem v. Allied Van Lines Int'l Corp., 102 F.R.D. 938, 939 (S.D.N.Y. 1984); Srebnik v. Dean, 2006 WL 2331014 (D. Colo. June 20, 2006). Here, I find that Plaintiff has failed to demonstrate "extreme hardship" for having Mr. Sweeney appear in Colorado for his deposition, and I further find that the remainder of Plaintiff's arguments are without merit.

Date: March 3, 2009