**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: June 5, 2009  
Time: 40 minutes

**CASE NO.  08-cv-00495-PAB-MJW**

| Parties | Counsel |
|---|---|
| **REGISTRY SYSTEMS INTERNATIONAL, Ltd.,** | Terrence Gill<br>LeAnne DeVoss |
| Plaintiff, | |
| vs. | |
| **KIM KEELING,** | |
| Defendant, | |
| and | |
| **VINCENT HAMM, KAREN HAMM, AIM HIGH!, INC., KAIM CHIGH, LLC,** | Kenzo Kawanabe<br>Elizabeth Smith Titus |
| Defendants and Third Party Plaintiffs, | |
| vs. | |
| **EDWARD J. SWEENEY, CHARLES A. SWEENEY, and CAPITAL NETWORKS, PTY., LTD.,** | Terrence Gill<br>LeAnne DeVoss |
| Third-Party Defendants. | |

Page Two
08-cv-00495-PAB-MJW
June 5, 2009

---

### TRIAL PREPARATION CONFERENCE

---

**9:05 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court advised that a settlement has been reached with regard to defendant Kim Keeling.

**Third-Party Defendants Edward J. Sweeney and Capital Networks, PTY, LTD And Plaintiff Registry Systems International, LTD's Motion to Vacate And Reset The Trial In This Matter (Doc #141), filed 6/2/09.**

Comments by Mr. Gill in response to the Court's inquiry regarding the timing of the filing of Third Party Defendants and Plaintiff's Motion to Vacate Trial.

Comments by Mr. Kawanabe in response to the Court's inquiry regarding how Third Party-Defendant Edward J. Sweeney evaded service.

Discussion regarding the production of discovery and lack of production.

Court states its findings.

**ORDERED:** Third-Party Defendants Edward J. Sweeney and Capital Networks, PTY, LTD And Plaintiff Registry Systems International, LTD's Motion to Vacate And Reset The Trial In This Matter (Doc #141), filed 6/2/09 is **GRANTED**.

**ORDERED:** Trial scheduled for June 22, 2009 at 8:00 a.m. is **VACATED.**

Discussion regarding length of witness testimony and the voluminous amount of exhibits.

**ORDERED:** Counsel shall submit exhibit lists in accordance to Judge Brimmer's Practice Standards.

**ORDERED:** Counsel directed to chambers to schedule a hearing on the motion for summary judgment, a status conference, trial preparation conference and trial.

Page Three
08-cv-00495-PAB-MJW
June 5, 2009

**9:45 a.m.     COURT IN RECESS**

**Total in court time:        40 minutes**

**Hearing concluded**