IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff Registry Systems International, Ltd's Motion for Reconsideration of Recommended Order Dated May 29, 2009 (Docket No. 162) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(A).

Date: June 10, 2009