**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: June 24, 2009  
Time: one hour and 20 minutes

**CASE NO.  08-cv-00495-PAB-MJW**

| Parties | Counsel |
|---|---|
| **REGISTRY SYSTEMS INTERNATIONAL, Ltd.,** | Terrence Gill |
| Plaintiff, | |
| vs. | |
| **KIM KEELING,** | |
| Defendant, | |
| and | |
| **VINCENT HAMM, KAREN HAMM, AIM HIGH!, INC., KAIM CHIGH, LLC,** | Kenzo Kawanabe<br>Elizabeth Smith Titus |
| Defendants and Third Party Plaintiffs, | |
| vs. | |
| **EDWARD J. SWEENEY, CHARLES A. SWEENEY, and CAPITAL NETWORKS, PTY., LTD.,** | Terrence Gill |
| Third-Party Defendants. | |

Page Two
08-cv-00495-PAB-MJW
June 24, 2009

## MOTION HEARING

**10:06 a.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present are Defendants and Third Party Plaintiffs Karen Hamm and Vincent Hamm.

**Defendants and Third Party Plaintiff's Motion for Partial Summary Judgment (Doc #101), filed 3/30/09.**

Court will hear argument on the portions of the Motion for Partial Summary Judgment that pertain to the breach of contract claims and conversion tortious interference of contract claims.

**10:08 a.m.**   Argument by Mr. Kawanabe as to **Exhibit C -** the Aim High Agreement.

**10:09 a.m.**   Argument by Mr. Gill.

**10:17 a.m.**   Argument by Mr. Kawanabe as to **Exhibit D**- the Domain Monkeys Agreement.

**10:18 a.m.**   Argument by Mr. Gill.

**10:19 a.m.**   Argument by Mr. Kawanabe as to **Exhibit E -** the Memorandum of Understanding.

**10:23 a.m.**   Argument by Mr. Gill.

**10:27 a.m.**   Rebuttal argument by Mr. Kawanabe.

**10:30 a.m.**   Response to the Court's questions by Mr. Gill

**10:34 a.m.**   Argument by Mr. Kawanabe as to **Exhibits F and G -** the contracts referred to by dollar amounts.

**10:37 a.m.**   Argument by Mr. Gill.

Page Three
08-cv-00495-PAB-MJW
June 24, 2009

**10:41 a.m.**   Argument by Mr. Kawanabe as to **Exhibit H** - the company ownership transfer agreement.

**10:47 a.m.**   Argument by Mr. Gill.

**10:54 a.m.**   Further argument by Mr. Kawanabe.

**10:57 a.m.**   Further argument by Mr. Gill.

Court states its findings and conclusions.

**ORDERED:**   Defendants and Third Party Plaintiff's Motion for Partial Summary Judgment (Doc #101), filed 3/30/09 is **GRANTED in PART, DENIED in PART** and **RULING is RESERVED in PART** as stated on the record, as to plaintiff's first claim.

**ORDERED:**   Status conference scheduled for July 30, 2009 at 1:30 is converted to further motions hearing.

**11:26 a.m.**   **COURT IN RECESS**

**Total in court time:**         80 minutes

**Hearing concluded**