IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

KIM KEELING,

Defendant,

and

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
I DOMAIN SOURCE LTD.,

Defendants, Counterclaimants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and,
CAPITAL NETWORKS , PTY, LTD., a/k/a PACNAMES, LTD.

Third-Party Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (docket no. 179) is GRANTED finding good cause shown. The Rule 16 Scheduling Order is amended as follows:

1. The deadline to complete discovery is extended up to and including September 30, 2009. All discovery requests must be served sufficient in advance of this date for responses to be due by the close of fact discovery, and no later than August 3, 2009;

2

2. All discovery set forth herein shall be limited to only the Third-Party Plaintiffs and Defendants regarding the third–party claims and counterclaims;

3. That Third-Party Defendants are limited to the deposition of Vincent Hamm (no longer than 5 hours) and the deposition of Karen Hamm (no longer than 2 hours). Third-Party Plaintiffs are limited to a single deposition of Edward Sweeney (no longer than 5 hours). All depositions shall take place in Denver, Colorado; and,

4. That Third-Party Defendants and Plaintiffs are limited to 20 interrogatories and 20 request for production of documents per side.

Date:  June 30, 2009