IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

KIM KEELING,

Defendant,

and

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
I DOMAIN SOURCE LTD.,

Defendants, Counterclaimants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and,
CAPITAL NETWORKS , PTY, LTD., a/k/a PACNAMES, LTD.

Third-Party Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE, United States Magistrate Judge**

It is hereby ORDERED that Capital Networks, Pty, Ltd and Edward Sweeney's Second Motion for Reconsideration of Recommended Order Dated May 29, 2009 (with report on conference pursuant to D.C.COLO.LCivR 7.1 (A)) (docket no. 172) is DENIED for those reasons already outlined in this court's detailed recommendation (docket no. 139) and for those additional reasons as outlined in the response(docket no. 185) that this court incorporates by reference as additional reasons to deny the subject motion (docket no. 172).

 Date:  July 2, 2009