IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,
      Plaintiff,

v.

KIM KEELING
      Defendant,

and

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,
      Defendants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and
PACNAMES, LTD.
      Third Party Defendants.

---

### ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE STIPULATED MOTION TO DISMISS PER MINUTE ORDER DATED MAY 15, 2009 [DOCKET #126]
(Docket No. 214)

This matter comes before the Court on Defendant Kim Keeling-Hamm's Motion for Extension of Time to File Stipulated Motion to Dismiss per Minute Order dated May 15, 2009 [Docket #126]. The Court, having reviewed the Motion and being fully advised in the premises, and finding that good cause exists, hereby,

ORDERS that the parties shall have up to and including Monday, August 31, 2009 to file a Stipulated Motion to Dismiss the claims against Defendant Kim Keeling-Hamm.

Dated this 24 day of August, 2009.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO