#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Judge Philip A. Brimmer

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

    Plaintiff,

v.

KIM KEELING,

    Defendant,

and

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

    Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY, LTD., A/K/A PACNAMES, LTD.,

    Third Party Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT KIM KEELING
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Claims Against Defendant Kim Keeling a/k/a Kim Keeling-Hamm in Accordance With the Minute Order Dated May 15, 2009 [Docket No. 221].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss [Docket No. 221] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), and all claims asserted in this matter against Kim Keeling, a/k/a Kim Keeling-Hamm, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that defendant Kim Keeling-Hamm's Motion for Summary Judgment [Docket No. 38] is denied as moot.

DATED September 1, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge