IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants and Counterclaimants' Motion to Compel Third-Party Discovery (docket nos. 232 and 234) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to Requests for Production numbered 3, 4, 8, 9 as outlined in the subject motion. The motion is DENIED as to Interrogatories 9 and 10 and Request for Production number 12 as outlined in the subject motion.

It is FURTHER ORDERED that Third-Party Defendants Edward J. Sweeney and Capital Networks, PTY, Ltd. shall provide to Defendant and Counterclaimants complete responses to Defendant and Counterclaimants' Requests for Production numbered 3, 4, 8, 9 as outlined in the subject motion on or before December 10, 2009.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

Date:   November 25, 2009