# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: January 21, 2010  
Time: 40 minutes

**CASE NO.  08-cv-00495-PAB-MJW**

| Parties | Counsel |
|---|---|
| **REGISTRY SYSTEMS INTERNATIONAL, Ltd.,** | Terrence Gill |
| Plaintiff, | |
| vs. | |
| **KIM KEELING,** | |
| Defendant, | |
| and | |
| **VINCENT HAMM, KAREN HAMM, AIM HIGH!, INC., KAIM CHIGH, LLC, and 1 DOMAIN SOURCE, LTD.,** | Kenzo Kawanabe |
| Defendants, Counterclaimants and Third Party Plaintiffs, | |
| vs. | |
| **EDWARD J. SWEENEY, CHARLES A. SWEENEY, and CAPITAL NETWORKS, PTY., LTD.,** | Terrence Gill |
| Third-Party Defendants. | |

Page Two
08-cv-00495-PAB-MJW
January 21, 2010

### PRELIMINARY JURY INSTRUCTION CONFERENCE and MOTION HEARING

**9:10 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding how the Court will proceed.

Mr. Kawanabe advises the Court counsel have scheduled a meeting on February 22, 2010 to work on jury instructions and intend to submit amended jury instructions, an amended pretrial order, with updated witnesses and exhibit lists.

Court and counsel discuss jury instructions.

**ORDERED:** Proposed jury instructions are due **February 26, 2010.** Any objections are due **March 8, 2010** and should cite authority, if in fact, authority is the basis of the objection.

**ORDERED:** Updated witness and exhibit lists are due **March 8, 2010.**

**ORDERED:** July Instruction Conference set for **March 12, 2010 at 8:00 a.m.**

Defendants, Counterclaimants, and Third Party Plaintiffs' Motion for Sanctions Against Plaintiff For Failure To Obey Discovery Order (Doc #230), filed 10/5/09.

**9:33 a.m.**     Argument by Mr. Gill.  Questions by the Court.

**9:39 a.m.**     Argument by Mr. Kawanabe.

**9:41 a.m.**     Further argument by Mr. Gill.

**ORDERED:** Defendants, Counterclaimants, and Third Party Plaintiffs' Motion for Sanctions Against Plaintiff For Failure To Obey Discovery Order (Doc #230), filed 10/5/09 is **DENIED.**

**9:50 a.m.**     **COURT IN RECESS**

**Total in court time:**     40 minutes

**Hearing concluded**