IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 12, 2010 |
| Court Reporter: Darlene Martinez | Time: 52 minutes |

CASE NO. 08-cv-00495-PAB-MJW

| Parties | Counsel |
|---|---|
| **REGISTRY SYSTEMS INTERNATIONAL, Ltd.,** | Terrence Gill |
| Plaintiff, | |
| vs. | |
| **KIM KEELING,** | |
| Defendant, | |
| and | |
| **VINCENT HAMM, KAREN HAMM, AIM HIGH!, INC., KAIM CHIGH, LLC,** | Kenzo Kawanabe<br>Elizabeth Smith Titus |
| Defendants and Third Party Plaintiffs, | |
| vs. | |
| **EDWARD J. SWEENEY, CHARLES A. SWEENEY, and CAPITAL NETWORKS, PTY., LTD.,** | Terrence Gill |
| Third-Party Defendants. | |

Page Two
08-cv-00495-PAB-MJW
March 12, 2010

---

## JURY INSTRUCTION CONFERENCE

---

**8:04 a.m.**    **COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel discuss proposed jury instructions.

**ORDERED:** Defendants, Counterclaimants, and Third-Party Plaintiffs' Motion to Submit Designation of Non-Party At Fault (Doc #264), filed 12/28/09 is **GRANTED.**

**ORDERED:** Further Jury Instruction Conference is scheduled for **March 19, 2010 at 1:30 p.m.**

**8:56 a.m.**    **COURT IN RECESS**

**Total in court time:**    **52 minutes**

**Hearing concluded**