IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

    Plaintiff,

v.

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

    Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY., LTD., A/K/A PACNAMES, LTD.,

    Third Party Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff Registry Systems International, Ltd's After the Fact Motion for Extension of Time Within Which to File its Partial Opposition to Defendant Kaim Chigh, LLC's Motion for Entry of a Final Judgment and Lifting of Lis Pendens [Docket No. 307]. Plaintiff's motion was filed after the expiration of time to file a response to the motion for entry of final judgment [Docket No. 280]. Pursuant to Fed. R. Civ. P. 6(b)(2), a court may, for good cause, extend a filing deadline "on motion made after the time has expired if the party failed to act because of excusable neglect." Here, plaintiff's demonstration of excusable neglect in seeking an extension of time to respond approaches plain neglect, particularly in light of plaintiff's repeated failures to meet deadlines or request extensions in a timely manner [*see* e.g., Docket Nos. 114, 242, 278, 300]. Nevertheless, it is

**ORDERED** that the motion for extension of time [Docket No. 307] is GRANTED, and the response filed March 8, 2010 [Docket No. 304] is accepted as filed. It is further

**ORDERED** that, in light of the fact that the motion for entry of judgment [Docket No. 280] is set for hearing on March 19, 2010, defendants may, at their option, file a reply on or before March 18, 2010 or argue their reply at the hearing on March 19, 2010. It is further

**ORDERED** that defendant, counterclaimant, and third-party plaintiff's Motion to Strike as Untimely [Docket No. 308] is DENIED.

DATED March 12, 2010.