IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

    Plaintiff,

v.

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

    Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY., LTD., A/K/A PACNAMES, LTD.,

    Third Party Defendants.

_____

# ORDER
_____

On Friday, March 19, 2010, the Court conducted a hearing in this case on defendant Kaim Chigh, LLC's motion for entry of final judgment and release of a lis pendens [Docket No. 280]. Pursuant to the reasoning stated by the Court on the record during the March 19, 2010 hearing, it is

**ORDERED** that, because the Court finds that RSI's claims against Kaim Chigh are distinct and separable from the claims left unresolved in this case and that there is

no just reason for delay, judgment shall enter pursuant to Federal Rule of Civil Procedure 54(b) on RSI's claims against Kaim Chigh.  It is further

**ORDERED** that, pursuant to Colorado Rule of Civil Procedure 105(f)(2), plaintiff RSI's claims in this case affect only that portion of the property at 7315 Grant Place, Arvada, Colorado 80002, with a legal description of Lot 3, Arvada Resubdivision of Block 4, County of Jefferson, State of Colorado, to the extent of $46,200.  It is further

**ORDERED** that upon filing with this Court of a bond or other security in the amount of $46,200, the lis pendens on 7315 Grant Place, Arvada, Colorado 80002, with a legal description of Lot 3, Arvada Resubdivision of Block 4, County of Jefferson, State of Colorado, shall be lifted.

DATED March 22, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

2