**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 6, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 31 minutes |

**CASE NO. 08-cv-00495-PAB-MJW**

| Parties | Counsel |
|---|---|
| **REGISTRY SYSTEMS INTERNATIONAL, Ltd.,** | Terrence Gill |
| Plaintiff, | |
| vs. | |
| **KIM KEELING,** | |
| Defendant, | |
| and | |
| **VINCENT HAMM, KAREN HAMM, AIM HIGH!, INC., KAIM CHIGH, LLC, and 1 DOMAIN SOURCE, LTD.,** | Kenzo Kawanabe<br>Elizabeth Smith Titus |
| Defendants and Third Party Plaintiffs, | |
| vs. | |
| **EDWARD J. SWEENEY, CHARLES A. SWEENEY, and CAPITAL NETWORKS, PTY., LTD.,** | Terrence Gill |
| Third-Party Defendants. | |

Page Two
08-cv-00495-PAB-MJW
April 6, 2010

## TRIAL PREPARATION CONFERENCE

**9:12 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Edward Sweeney is also present.

Court and counsel address the punitive damages claims and pending motions.

**ORDERED:** Because the complaint was not amended to add punitive damages claims, those claims are not at issue in this case.

Defendants, Counterclaimants, and Third-Party Plaintiffs' Motion for Sanctions (Doc #265), filed 1/12/10.

**9:16 a.m.**     Argument by Ms. Titus. Questions by the Court.

**9:19 p.m.**     Argument by Mr. Gill. Questions by the Court.

**ORDERED:** Defendants, Counterclaimants, and Third-Party Plaintiffs' Motion for Sanctions (Doc #265), filed 1/12/10 is **GRANTED in PART and OVERRULES in PART** the objections of Third-Party Defendants Edward Sweeney and Capital Networks to Magistrate Judge Watanabe's Recommendation as stated on the record. Ms. Titus is instructed to file supporting documents regarding attorney fees 10 days after the conclusion of trial.

**ORDERED:** Plaintiff's Motion for Partial Reconsideration (Doc #329), filed 3/30/10 is **DENIED.**

**ORDERED:** Plaintiff's First Motion to Amend/Correct/Modify Complaint and/or Final Pretrial Order (Doc #337), filed 4/1/10 is **DENIED**.

Court advises counsel how the trial will proceed and indicates each side will be allotted equal time.

Discussion regarding Judge Brimmer's Practice Standards including jury selection of nine, voir dire by counsel limited to 15 minutes, opening statements limited to 45 minutes, witnesses and exhibits.

**ORDERED:**  Stipulation of Facts shall be marked as an exhibit.

**ORDERED:**  Stipulated Facts and stipulated exhibits lists are due no later than **5:00 p.m. on April 9, 2010.**

Further discussion regarding jury instructions.

**10:43 a.m.    COURT IN RECESS**

**Total in court time:        91 minutes**

**Hearing concluded**