IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC., and
1 DOMAIN SOURCE, LTD.,

Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and
CAPITAL NETWORKS, PTY., LTD., a/k/a PACNAMES, LTD.,

Third Party Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Withdraw and Substitution of Counsel (Docket No. 427) is GRANTED.  Kenzo Kawanabe and Elizabeth Titus are permitted to withdraw from this matter.  The clerk is directed to remove Kenzo Kawanabe and Elizabeth Titus from electronic notifications in this matter.

Date: October 30, 2012