IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

Plaintiff,

v.

VINCENT HAMM,
KAREN HAMM,
AIM HIGH!, INC., and
1 DOMAIN SOURCE, LTD.,

Defendants and Third Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A. SWEENEY, and
CAPITAL NETWORKS, PTY., LTD., a/k/a PACNAMES, LTD.,

Third Party Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Issuance of Writ of Execution and Transmittal of Notice of Levy and Seizure (Docket No. 449) is GRANTED. The Clerk is directed to execute the Writ of Execution (Docket No. 449-1) and deliver the Notice of Levy and Seizure (Docket No. 449-2) to the U.S. Marshal.

Date: October 24, 2013