IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

        Plaintiff,

v.

VINCENT HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

        Defendants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY, LTD., a/k/a PACNAMES, LTD.

        Third-Party Defendants.

**ORDER CHARGING INTEREST OF JUDGMENT DEBTOR
IN KAIM CHIGH, LLC, FOR PAYMENT OF DEBT**
[ Docket No. 451 ]

On October 8, 2013, Plaintiff and Judgment Creditor Registry Systems International, Ltd. ("RSI"), filed its Motion for a Charging Order in Aid of Execution.

It is ORDERED that the interest of Defendant and Judgment Debtor Vincent Hamm in the limited liability company known as Kaim Chigh, LLC (the "Company"), is charged with payment of the unsatisfied amount of the judgment debts entered in this matter, including costs and interest.

It is further ORDERED that:

1. The Company is directed to pay Vincent Hamm's present and future shares of any and all distributions, credits, draws, or payments to RSI in care of its counsel of record in this action until the judgments are satisfied in full.

2. Until the judgments are satisfied in full, the Company shall make no loans to any member or anyone else.

3. Until the judgments are satisfied in full, the Company shall make no capital acquisitions without either Court approval or approval of RSI.

4. Until the judgment is satisfied in full, neither the Company nor its managers or members shall undertake, enter into, or consummate any sale, encumbrance, hypothecation, or modification of any property owned by the Company without either Court approval or approval of RSI.

5. Within ten days of service of a certified copy of this Order upon a manager or agent for the service of process of the Company, the Company shall supply to counsel for RSI a full, complete, and accurate copy of its Operating Agreement, including any and all amendments or modifications; true, complete, and accurate copies of any and all federal and state income tax or informational income tax returns filed within the past three years; balance sheets and profit and loss statements for the past three years; and balance sheets and profit and loss statements for the most recent present period for which they have been computed. Further, upon ten-days' notice from RSI to the Company, all books and records shall be produced for inspection and copying in the office of RSI's counsel.

6. Until the judgment is satisfied in full, all future statements reflecting cash positions, balance sheet positions, and profits and losses, shall be supplied to RSI in care of its counsel of record within thirty days of the close of the respective accounting period for which said data is or may be generated.

7. The United States Marshall shall sell the membership interest of Judgment Debtor Vincent Hamm in the Company according to the procedure established by Colorado Statutes. RSI ~~shall not be required to~~ *is required to* post an indemnification bond *equal to the amount of the Marshall's bill of sale*. A copy of the Marshall's bill of sale of the membership interest, served upon a manager or agent for the service of process of the Company, will be sufficient to effect a transfer of Judgment Debtor's membership interest.

Entered this 4TH day of ~~October~~ *November*, 2013.

*MJW 11/4/13*

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3