IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00495-PAB-MJW

REGISTRY SYSTEMS INTERNATIONAL, LTD.,

        Plaintiff,

v.

VINCENT HAMM,
AIM HIGH!, INC.,
KAIM CHIGH, LLC, and
1 DOMAIN SOURCE, LTD.,

        Defendants and Third-Party Plaintiffs,

v.

EDWARD J. SWEENEY,
CHARLES A SWEENEY, and
CAPITAL NETWORKS, PTY, LTD., a/k/a PACNAMES, LTD.

        Third-Party Defendants.

---

**CONTEMPT CITATION AND ORDER TO SHOW CAUSE TO
KAIM CHIGH, LLC, AND VINCENT HAMM** *(Docket No 461)*

---

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO TO THE UNITED STATES MARSHALL FOR THE DISCTRICT OF COLORADO OR A PERSON OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION:

    On November 4, 2013, this Court entered an Order Charging Interest of Judgment Debtor in Kaim Chigh, LLC, for Payment of Debt. This Order specifically directed Kaim Chigh, LLC, to produce certain identified documents within ten days after service of a certified copy, and to produce additional identified documents within ten days after request by counsel for Plaintiff.

A certified copy of the Order was served upon Kaim Chigh, through its manager Vincent Hamm, on November 15, 2013.

It appears to the Court from Plaintiff's Motion for a Contempt Citation and Order to Show Cause Why Kaim Chigh, LLC, and Vincent Hamm Should Not Be Held in Contempt that Kaim Chigh, LLC, and Vincent Hamm have violated the terms of the November 4, 2013, Order. Specifically, both Kaim Chigh, LLC, and Vincent Hamm, as manager of Kaim Chigh, LLC, have failed to produce any documents identified in the Order, and any documents requested by counsel for Plaintiff.

YOU ARE HEREBY COMMANDED to cite and give notice to Kaim Chigh, LLC, and Vincent Hamm to file within 21 days of service an Answer to this Contempt Citation and Order to Show Cause to demonstrate any cause, if any, why they should not be punished for contempt because of their refusal to comply with the November 4, 2013, Order, and to show cause why appropriate sanctions should not be imposed to vindicate the dignity of the Court.

This Court will set a hearing on any disputed issues of fact raised by the Answer and on any appropriate sanctions.

ENTERED this 30TH day of December, 2013.

BY THE COURT:

Magistrate Judge Michael J. Watanabe

BUS_RE/5043677.1

2